# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES L. WALKER,<br><br>        Defendant. | 4:14CR3055<br><br>**MEMORANDUM AND ORDER** |

Defendant has orally moved to continue defendant's change of plea hearing to accommodate defendant's anticipated release to treatment. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's requested continuance is granted.

2) The defendant's plea hearing will be held before the undersigned magistrate judge on September 29, 2014 at 2:00 p.m.. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel in the motion, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

August 4, 2014

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge