IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3055 |
| vs. | FINAL ORDER OF FORFEITURE |
| CHARLES L. WALKER, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 59).

On February 11, 2015, the Court entered a Preliminary Order of Forfeiture (filing 49) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 35 and 39. By way of the Preliminary Order of Forfeiture, the defendant's interest in an HP Desktop Computer Elite HPE-112Y, Serial #CNX0040X2Q; a Western Digital Hard Drive, Serial #WD-WMAV51509875; and a Toshiba One TB External Drive, Serial #20120722025672; was forfeited to the United States. Filing 49.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on February 11, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 58) was filed on April 10, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 59) is granted.

2. All right, title, and interest in and to the HP Desktop Computer Elite HPE-112Y, Serial #CNX0040X2Q; Western Digital Hard Drive, Serial #WD-WMAV51509875; and Toshiba One TB External Drive, Serial #20120722025672;

held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 10th day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge