IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14CR3055 |
| vs. | |
| CHARLES L. WALKER, | ORDER |
| Defendant. | |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:00 a.m. on December 8, 2023.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

3) The defendant's participation in the SoberLink program is extended for an additional 30 days to November 2, 2023.

October 3, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge