IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES L. WALKER,<br><br>                Defendant. | **4:14CR3055**<br><br>**ORDER** |

      The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records, including Amended Petition.

      IT IS ORDERED:

1) The above-named defendant shall be detained until further order.
2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.
3) The defendant shall appear at his revocation hearing scheduled for November 16, 2023 at 2:00 p.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2

4) The Amended Petition (Filing No. [77]), supersedes the Initial Petition (Filing No. [66]). The Initial Petition (Filing No. [66]), is therefore terminated.

October 24, 2023.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge